THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redw2ood Hwy, Suite 300
San Rafael, CA 94903
Telephone: 415/444-5800
Facsimile: 415/674-9900

Attorneys for Plaintiffs

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, ) | **CASE NO. CV-11-2236-MEJ** |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| v. ) | |
| LITTLE BEIJING RESTAURANT; ) MONICA LYNN SCHEFSKI, Trustee of ) the MONICA L. SCHEFSKI TRUST; ) THOMAS M. KASTEN, Trustee for ) JEFFREY A. KASTEN TRUST; and ) THOMAS M. KASTEN, Trustee for ) ALYSSA H. KASTEN TRUST, ) | |
| Defendants. ) | |

TO THE COURT AND ALL PARTIES OF INTEREST:

Notice is hereby given that the parties to the above-captioned matter have agreed to settlement terms which fully resolve the claims herein. The parties respectfully request that all matters currently on calendar be vacated. Dismissal documents will be filed with the Court no later than April 30, 2012.

Dated: March 21, 2012      THOMAS E. FRANKOVICH
                                                   *A PROFESSIONAL LAW CORPORATION*

                                                   By: */s/ Thomas E. Frankovich*
                                                         Thomas E. Frankovich
                                           Attorneys for CRAIG YATES, an individual