UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CRAIG YATES,<br><br>            Plaintiff,<br>  v.<br>LITTLE BEIJING RESTAURANT, et al.,<br>            Defendants.<br>_____/ | No. C 11-2236 MEJ<br><br>**ORDER RE: STATUS** |

On March 21, 2012, Plaintiff Craig Yates filed a Notice of Settlement, in which he requested that all matters on calendar be vacated and that dismissal documents would be filed no later than April 30, 2012. As no dismissal has been filed, the Court ORDERS the parties to file a joint status report or dismissal by June 28, 2012.

**IT IS SO ORDERED.**

Dated: June 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge