UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CRAIG YATES, | No. C 11-2236 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| LITTLE BEIJING RESTAURANT, et al., | |
| Defendants. | |

On March 21, 2012, Plaintiff Craig Yates filed a Notice of Settlement, in which he requested that all matters on calendar be vacated and that dismissal documents would be filed no later than April 30, 2012. Dkt. No. 9. As no dismissal had been filed, on June 7, 2012, the Court ordered the parties to file a joint status report or dismissal by June 28, 2012. Dkt. No. 11. No response has been received. Accordingly, the Court hereby ORDERS Plaintiff Craig Yates to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by July 12, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on July 26, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge